COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Rowan Services, LLC and Rowan Companies, Inc.

Appellate case number:    01-22-00433-CV

Trial court case number:    2020-00964

Trial court:                127th District Court of Harris County

On June 8, 2022, relators, Rowan Services, LLC and Rowan Companies, Inc., filed a petition for a writ of mandamus challenging the trial court's May 18, 2022 order granting real party in interest, Stephen Fortune's, motion to compel discovery responses. Relators argue that the trial court abused its discretion by compelling relators "to produce data from a non-party/third party entity," and request that this Court direct the trial court to vacate its May 18, 2022 order.

Also on June 8, 2022, relators filed a "Motion for Emergency Temporary Relief," requesting that this Court grant the emergency motion and "stay[] the trial court's 18 May 2022 Order ordering [r]elators to produce data on behalf of a non-third/party entities." Pursuant to the trial court's May 18, 2022 order, relators were required to "provide the non-party/third party entities' data within twenty (20) days of the Order, which [wa]s 7 June 2022."

Relators' motion for temporary relief is **denied**.

We further request a response to the petition for writ of mandamus from the real party in interest. **The response(s), if any, is due to be filed with this Court no later than twenty days of the date of this order.**

It is so ORDERED.


Judge's signature: /s/ April Farris
                               X Acting individually    ☐ Acting for the Court

Date: June 10, 2022